IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN,<br><br>          Plaintiff,<br><br>    v.<br><br>FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, ERIC K. ROWINSKY, JIMMIE HARVEY, JR., MALCOLM HOENLEIN, DOV KLEIN, J. JAY LOBELL, KEVIN L. LORENZ, and MICHAEL S. WEISS,<br><br>          Defendants. | No. 1:20-cv-2262-BMC |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a) and through her counsel, Plaintiff Shiva Stein hereby voluntarily dismisses this action with prejudice as to all defendants. No defendant has filed an answer or motion for summary judgment.

Dated: June 15, 2020

OF COUNSEL:

**FIELDS KUPKA & SHUKUROV LLP**
William J. Fields (wfields@fksfirm.com)
Christopher J. Kupka (ckupka@fksfirm.com)
Samir Shukurov (sshukurov@fksfirm.com)
1370 Broadway, 5th Floor – #5100
New York, New York 10018
(T) 212.231.1500
(F) 646.851.0076

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ *Gloria Kui Melwani*
Gloria Kui Melwani
Benjamin Y. Kaufman
270 Madison Avenue
New York, NY 10016
(T) 212 545-4600
(F) 212-686-0114
melwani@whafh.com
kaufman@whafh.com

*Attorneys for Plaintiff*